## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**LUV N' CARE LTD., Appellant,**

v.

**MUNCHKIN, INC., Appellee.**

No. 2014–1653.

United States Court of Appeals, Federal Circuit.

April 14, 2015.

**AMERICAN AUTO LOGISTICS, LP, Plaintiff–Appellant,**

v.

**UNITED STATES, International Auto Logistics, LLC, Defendants–Appellees.**

No. 2014–5132.

United States Court of Appeals, Federal Circuit.

April 15, 2015.

Edward David Manzo, Husch Blackwell LLP, Chicago, IL, argued for appellant. Also represented by Daniel Kim, Hartwell Powell Morse, III, George S. Pavlik, III.

Allen Justin Poplin, Lathrop & Gage, LLP, Overland Park, KS, argued for appellee. Also represented by Travis W. McCallon, Robert Cameron Garrison, Kansas City, MO.

WALLACH, MAYER, and CHEN, Circuit Judges.

Timothy A. Sullivan, Thompson Coburn, LLP, Washington, DC, argued for plaintiff-appellant. Also represented by Katherine S. Nucci, Jayna Marie Rust, Scott F. Lane, St. Louis, MO.

Douglas K. Mickle, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by Joyce R. Branda, Robert E. Kirschman, Jr., Martin F. Hockey, Jr.